| Plaintiffs | Property | Date Invested | Amount Invested |
|---|---|---|---|
| Karen Fusco | Property 3 | On or about March 25, 2005 | $50,000.00 |
| | Property 4 | On or about May 5, 2005 | $50,000.00 |
| | Property 5 | On or about June 9, 2005 | $30,000.00 |
| | Property 7 | On or about July 6, 2005 | $25,000.00 |
| Bonnie & Wayne Vartabedian | Property 4 | On or about May 12, 2005 | $50,000.00 |
| George Yu | Property 4 | On or about May 6, 2005 | $25,000.00 |
| Constance Simons | Property 5 | On or about June 3, 2005 | $25,000.00 |
| Laura Flax | Property 8 | On or about October 24, 2005 | $25,000.00 |
| Jay Coon | Property 2 | On or about April 29, 2005 | $50,000.00 |
| Neil & Marni Blitz | Property 1 | On or about March 11, 2005 | $25,000.00 |
| Joseph Levine & Nina Chaifetz | Property 5 | On or about June 8, 2005 | $50,000.00 |
| | Property 6 | On or about June 14, 2005 | $50,000.00 |
| Ed & Anne Haran | Property 5 | On or about June 6, 2005 | $25,000.00 |
| | Property 7 | On or about July 14, 2005 | $25,000.00 |
| Kathy Pashuck | Property 4 | On or about May 31, 2005 | $25,000.00 |
| | Property 7 | On or about July 10, 2005 | $25,000.00 |
| Bruce Fuller | Property 4 | On or about July 11, 2005 | $50,000.00 |
| | Property 6 | On or about June 8, 2005 | $50,000.00 |
| Tracey & Jeff Peck | Property 3 | On or about April 4, 2005 | $25,000.00 |
| Scott Charney | Property 9 | On or about February 24, 2005 | $50,000.00 |
| Diva Goodfriend-Koven | Property 7 | On or about July 13, 2005 | $50,000.00 |
| | Property 6 | On or about July 13, 2005 | $50,000.00 |
| Robert & Ellen Reach | Property 7 | On or about August 4, 2005 | $25,000.00 |
| Toni Allen | Property 7 | On or about July 26, 2005 | $25,000.00 |
| Elizabeth Tymczyszyn | Property 1 | On or about April 8, 2005 | $25,000.00 |
| Gata Realty, LLC | Property 4 | On or about May 10, 2005 | $50,000.00 |
| | Property 2 | On or about April 22, 2005 | $50,000.00 |
| | Property 5 | On or about June 2, 2005 | $50,000.00 |
| | Property 8 | On or about September 26, 2005 | $50,000.00 |
| Scott Edvabsky | Property 6 | On or about July, 2005 | $50,000.00 |
| Anthony & Barbara Corsaro | Property 7 | On or about August 3, 2005 | $50,000.00 |
| Gary Zaccaro | Property 6 | On or about July, 2005 | $50,000.00 |
| Bruce Lichetenstein | Property 8 | On or about November 4, 2005 | $75,000.00 |
| Robert Anarumo | Property 5 | On or about June 10, 2005 | $50,000.00 |