Scott A. Brody (SB4148)
BRODY, O'CONNOR, & O'CONNOR, ESQS.
Attorneys for the Plaintiffs
111 John Street, Suite 900
New York, NY 10038
(212) 233-2505

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**(Manhattan)**

-----------------------------------------------------------------------------------X

SCOTT CHARNEY, DIVA GOODFRIEND-KOVEN, ROBERT REACH, ELLEN REACH, TONI ALLEN, SCOTT EDVABSKY, ANTHONY AND BARBARA CORSARO, GARY ZUCCARO, BRUCE LICHTENSTEIN, ROBERT ANARUMO, KAREN FUSCO, BONNIE AND WAYNE VARTABEDIAN, GEORGE YU, CONNIE SIMONS, LAURA FLAX, JAY COON, NEIL BLITZ, MARNI BLITZ, JOSEPH LEVINE, NINA CHAIFETZ, ED HARAN, ANNE HARAN, KATHY PASHUCK, BRUCE FULLER, TRACEY PECK, JEFF PECK, ELIZABETH TYMCZYSZYN, and GATA REALTY, LLC,

**JURY TRIAL DEMANDED**

Case No.: 07 CV 6272 (AKH)

**RULE 7.1 STATEMENT**

ECF

Plaintiffs,

V.

CARLA ZIMBALIST, PAM CHANLA, JENNIFER S. WILKOV, EVOLUTIONARY STRATEGIC PLANNING, INC., and AMERIPRISE FINANCIAL, INC.,

Defendants.

-----------------------------------------------------------------------------------X

1

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for GATA REALTY, LLC, (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

    There is no such entity. GATA REALTY, LLC, is owned wholly and solely by Plaintiff Elizabeth Tymczyszyn, a private individual.

Dated: New York, New York
       July 9, 2007

                                       s/_____
                                       Scott A. Brody (SB4148)
                                     BRODY, O'CONNOR, & O'CONNOR, ESQS.
                                     Attorneys for the Plaintiffs
                                     111 John Street, Suite 900
                                     New York, NY 10038
                                     (212) 233-2505