UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT CHARNEY, DIVA COODFRIEND-KOVEN, ROBERT REACH, TONI ALLEN, SCOTT EDVABSKY, ANTHONY AND BARBARA COSARO, GARY ZUCCARO, BRUCE LICHTENSTEIN, ROBERT ANARUMO, KAREN FUSCO, BONNIE AND WAYNE VARTABEDIAN, GEORGE YU, CONNIE SIMONS, LAURA FLAX, JAY COON, NEIL BLITZ, MARNI BLITZ, JOSEPH LEVINE, NINA CHAIFETZ, ED HARAN, ANNE HARAN, KATHY PASHUCK, BRUCE FULLER, TRACEY PECK, JEFF PECK, ELIZABETH TYMCZYSZYN, and GATA REALTY, LLC

07 Civ. 6272 (AKH)

**NOTICE OF APPEARANCE**

Plaintiff,

- against -

CARLA ZIMBALIST, PAM CHANLA, JENNIFER S. WILCOV, EVOLUTIONARY STRATEGIC PLANNING, INC., and AMERIPRISE FINANCIAL, INC.,

Defendants.

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD**:

Enter my appearance as counsel in this case on behalf of defendant Ameriprise Financial, Inc.  I certify that I am admitted to practice in the Southern District of New York.

Dated: New York, New York
        August 29, 2007

10244752.1

**NIXON PEABODY LLP**

By:   /s/ Alison B. Cohen
      Alison B. Cohen (AC-7702)

437 Madison Avenue
New York, New York 10022
acohen@nixonpeabody.com
(212) 940-3000

*Attorneys for Defendant Ameriprise Finanical, Inc.*

10156997.1