INDEX # 07CV6272

U S District COURT OF THE STATE OF NEW YORK
COUNTY OF Southern

BRODY ET AL
111 John Street Suite
NEW YORK
NY 10038

Scott Charney Dive Boyfriend Kevin
Robert Reach Ellen Reach Toni Allen Et Al

- against -

Carla Zieballet Pam Chanla Jennifer S Wilkov
Evolutionary Strategic Planning Inc Et Al

(212) 233-6525

Ptf, File # CL-06-364        Record # 102683        File # 1

STATE OF NEW YORK: COUNTY OF NASSAU: ss

Harry Torres Lic#0915257 being duly sworn deposes and says deponent
is not a party to this action and is over the age of eighteen years
and resides in the state of New York.

That on 08/16/07 at 9:30am   at 111 8th Avenue New York Ny 10211
deponent served the within Summons & Complaint In A Civil Action
by personally delivering to and leaving with Quis Flores
for Ameriquest Financial Inc C/O CT Corporation System
a true copy thereof, and that deponent knew the person so served
to be the Specialist/Managing Agent and stated (s)he was authorized to
accept legal papers for the corporation.

A description of the person served is as follows:

Approx Age: 45 Years   Approx Weight: 135 Lbs.   Approx Height: 5'4"
Sex: Female   Color of Skin: Brown   Color of Hair: Black
Other: Glasses

The following does not apply to this affidavit of service:

confirmed the above address of defendant and asked whether defendant was in active military service of the United States or the State of New York in any capacity whatever or is a dependent of anyone in the military and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me this 08/19/07
Debra A. Scott #01SC6137374
Notary Public, State of New York
  County, Comm

Harry Torres Lic#0915257

**Supreme Judicial Services, Inc.**

371 Merrick Road • Rockville Centre, N.Y. 11570 • (516) 825-7600
225 Broadway • New York, N.Y. 10007 • (212) 319-7171
FAX (516) 568-0812