AFFIDAVIT OF SERVICE UPON A CORPORATION            Y
                                                          INDEX # 07CV6272

U S District COURT OF THE STATE OF NEW YORK
COUNTY OF Southern

                                                          BRODY ET AL
                                                          111 John Street Suite
                                                          NEW YORK
Scott Charney Diva Goodfriend Koven                       NY 10038
Robert Reach Ellen Reach Toni Allen Et Al

                    - against -

Carla Zimbalist Pam Chanla Jennifer S Wilkov              (212) 233-2505
Evolutionary Strategic Planning Inc Et Al


Atty File # CL-06-364        Record # 101940        File # 37

STATE OF NEW YORK: COUNTY OF NASSAU: ss

Harry Torres-Lic#0915257 being duly sworn deposes and says deponent
is not a party to this action and is over the age of eighteen years
and resides in the state of New York:

That on 07/23/07 at 4:07pm   at 18 East 48th St 22nd Fl New York Ny 10017
deponent served the within Summons & Complaint In A Civil Action
by personally delivering to and leaving with David Halperin
for Evolutionary Strategic Planning Inc C/O Halperin & Halperin Pc
a true copy thereof, and that deponent knew the person so served
to be the Partner/Managing Agent and stated (s)he was authorized to
accept legal papers for the corporation.


A description of the person served is as follows:

Approx Age: 60 Years   Approx Weight: 180 Lbs.  Approx Height: 6'0'
Sex: Male     Color of Skin: White    Color of Hair: Grey
Other: Glasses


Sworn to before me this 07/24/07
Maureen Scarola #01SC6127636
Notary Public, State of New York                Harry Torres-Lic#0915257
Nassau County, Commission Expires 05/31/09

                    Supreme Judicial Services, Inc.
         371 Merrick Road - Rockville Centre, N.Y. 11570 - (516) 825-7600
              255 Broadway - New York, N.Y. 10007 - (212) 319-7171
                           Fax (516) 568-0812