AFFIDAVIT OF SUITABLE SERVICE

INDEX # 07CV6272 Y

U S District COURT OF THE STATE OF NEW YORK
COUNTY OF Southern

Scott Charney Diva Goodfriend Koven
Robert Reach Ellen Reach Toni Allen Et Al

- against -

Carla Zimbalist Pam Chanla Jennifer S Wilkov
Evolutionary Strategic Planning Inc Et Al

BRODY ET AL
111 John Street Suite
NEW YORK
NY 10038

(212) 233-2505

Atty File # CL-06-364      Record # 101938      File # 36

STATE OF NEW YORK: COUNTY OF NASSAU: ss

Harry Torres-Lic#0915257 being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York:

That on 07/23/07 at 9:56am at 189 Montague St Suite 900 Brooklyn Ny 11201 deponent served the within Summons & Complaint In A Civil Action on Jennifer S Wilkov recipient therein named.

After your deponent was unable with due diligence to serve the recipient in person, service was made by delivering a true copy thereof to and leaving with "Jane Smith" Co-Worker a person of suitable age and discretion at 189 Montague St Suite 900 Brooklyn Ny 11201 said premises being the recipient's usual place of business within the State of New York.

Deponent completed service by depositing a copy of the Summons & Complaint In A Civil Action on 07/24/07 in a postpaid, properly addressed envelope by first class mail, bearing the legend Personal & Confidential and not indicating legal action, in an offical depository under the exclusive care and custody of the United States Post Office in the State of New York.
Mailing was made to 189 Montague St Suite 900 Brooklyn Ny 11201

Attempts:
A description of the person served on behalf of the defendant is as follows:
Approx Age: 30 Years   Approx Weight: 120 Lbs.   Approx Height: 5'6'
Sex: Female   Color of Skin: White   Color of Hair: Brown
Other: Refused To Give Full Name

Deponent spoke to "Jane Smith" - Co-Worker same as above,

confirmed the above address of defendant and asked whether defendant was in active military service of the United States or the State of New York in any capacity whatever or is a dependent of anyone in the military and received a negative reply and the defendant always wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me this 07/24/07
Maureen Scarola #01SC6127636
Notary Public, State of New York
Nassau County, Commission Expires 05/31/09

Harry Torres-Lic#0915257

Supreme Judicial Services, Inc.
371 Merrick Road - Rockville Centre, N.Y. 11570 - (516) 825-7600
255 Broadway - New York, N.Y. 10007 - (212) 319-7171
Fax (516) 568-0812