Brody EHA
101937
Y

U S District Court of The State of New York          Index #: 07CV6272
County of Southern

Plaintiff          Scott Charney Diva Goodfriend Koven
                         vs
Defendant        Carla Zimbalist Pam Chanla Jennifer S Wilkov

State of __CALIFORNIA__: County of __ORANGE__ :ss:
__CARL F. LUNDGREN__, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of __CALIFORNIA__

That on __AUGUST 15, 2007__ at __4:40 PM__ at __27 NORTH HAMPTON COURT, ALHAMBRA, CA 91801__
deponent served the within Summons & Complaint In A Civil Action
on Pam Chanla defendant therein named.

INDIVIDUAL  By Personally delivering to and leaving with said _____
A ☐         and that he knew the person to be the person mentioned and described in said _____

CORPORATION  By delivering to and leaving with _____
B ☐          at _____
             and that he knew the person served to be the _____
             of the corporation.

Suitable     Service was made in the following manner after your deponent was unable with due diligence to serve the defendant
age Person   in person:
C ☒          By delivering a true copy thereof to and leaving with __VILAY KHAMMAVOING, MOTHER__
             a person of suitable age and discretion at __27 NORTH HAMPTON COURT, ALHAMBRA, CA__
             the said premises being the defendants - respondents (dwelling place) (usual place of abode)
             (place of business) within the State of __CALIFORNIA__ xxxxxxxxxx (usual place of abode)

Affixing to  By affixing a true copy thereof to the door of said premises. The same being the
Door, etc.   defendant's (dwelling place)(usual place of abode)(place of business) within the
D ☐          State of _____

Mailing use  Deponent completed service under the last two sections by depositing a copy of the
with C or D  __SUMMONS & COMPLAINT__ in a postpaid, properly addressed envelope in an official
E ☒          depository under the exclusive care and custody of the United States Post Office
             in the State of __CALIFORNIA__ on __08/16/07__
             in an envelope bearing the legend personal and confidential.

Use with D   Previous Attempts
F ☐          Deponent had previously attempted to serve the above named defendant/respondent.

VOID w/o     A Description of the defendant or other person served on behalf of the defendant is as follows:
Description  Approx Age __45__    Approx Weight __140__    Approx Height __5'2"__  Sex __F__
Use with     Color of Skin __ASIAN__   Color of Hair __BLACK__   Other _____
A, B & C

Deponent asked the person spoken to whether the defendant was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not. Your deponent further says that he/she knew the person so served to be the person mentioned and described in said papers defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

Notary--> Sworn to before me this 17th day of August, 2007     Process Server LA 2849

Colleen Karotkin

SUPREME JUDICIAL SERVICES, INC.
371 Merrick Road #202 - Rockville Centre, N.Y. 11570 - (516) 825-7600
225 Broadway - New York, N.Y. 10007 - (212) 319-7171
FAX (516) 568-0812


