AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

SCOTT CHARNEY, DIVA GOODFRIEND-KOVEN, ROBERT REACH, ELLEN REACH, TONI ALLEN, SCOTT EDVABSKY, et al.

V.

CARLA ZIMBALIST, PAM CHANLA, JENNIFER S. WILKOV, EVOLUTIONARY STRATEGIC PLANNING, INC., et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07 CIV 6272

Judge Hellerstein

TO: (Name and address of Defendant)

EVOLUTIONARY STRATEGIC PLANNING, INC.
C/O HALPERIN & HALPERIN PC
18 EAST 48TH STREET 22ND FLOOR
NEW YORK, NEW YORK, 10017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brody, O'Connor, & O'Connor, Esqs.
111 John Street, Suite 900
New York, NY 10038

an answer to the complaint which is served on you with this summons, within ___TWENTY (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK _(signature)_

DATE: JUL 0 9 2007

(By) DEPUTY CLERK