*Brady Et Al*
*101936*
*Y*

U S District Court of The State of New York                    Index #: 07CV6272

County of Southern

Plaintiff          Scott Charney Diva Goodfriend Koven
                              vs
Defendant          Carla Zimbalist Pam Chanla Jennifer S Wilkov

State of <u>CALIFORNIA</u> : County of <u>ORANGE</u> :ss:

    CARLOS CANAS         , being duly sworn deposes and says deponent is not a party
to this action and is over the age of eighteen years and resides in the State of <u>CALIFORNIA</u>

That on <u>JULY 26, 2007</u> at <u>12:31</u> PM   at <u>8908 ALTO CEDRO DRIVE., BEVERLY HILLS, CA</u>
deponent served the within Summons & Complaint In A Civil Action                    90210
on Carla Zimbalist defendant therein named.

INDIVIDUAL    By Personally delivering to and leaving with said _____
  A  ☐        and that he knew the person to be the person mentioned and described in said
              _____

CORPORATION   By delivering to and leaving with _____
  B  ☐        at _____
              and that he knew the person served to be the _____
              of the corporation.

Suitable      Service was made in the following manner after your deponent was unable with due diligence to serve the defendant
age Person    in person:
  C  ☐        By delivering a true copy thereof to and leaving with _____
              a person of suitable age and discretion at _____
              the said premises being the defendants - respondents (dwelling place)(usual place of abode)
              (place of business) within the State of _____

Affixing to   By affixing a true copy thereof to the door of said premises. The same being the
Door, etc.    defendant's (dwelling place)(x̶x̶x̶x̶x̶x̶x̶x̶x̶x̶x̶x̶x̶x̶x̶x̶x̶x̶x̶x̶x̶x̶x̶x̶x̶) within the
  D x☒☒       State of <u>CALIFORNIA</u>

Mailing use   Deponent completed service under the last two sections by depositing a copy of the
with C or D   <u>Summons and Complaint</u> in a postpaid, properly addressed envelope in an official
  E  ☒☒X      depository under the exclusive care and custody of the United States Post Office
              in the State of <u>CALIFORNIA</u>     on <u>JULY 27, 2007</u>
              in an envelope bearing the legend personal and confidential.

Use with D    Previous Attempts
  F           Deponent had previously attempted to serve the above named defendant/respondent.
  x☒☒         07/24/07 at 6:40 PM, no answer. Mail visible addressed to Defendant
VOID w/o      07/25/07 at 7:36 AM  07/25/07 at 1:52 PM  07/26/07 8:00 AM ALL
Description   A description of the defendant or other person served on behalf of the defendant is as follows:
Use with      Approx Age _____  Approx Weight _____  Approx Height _____ Sex  No Answer
A,B & C       Color of Skin _____  Color of Hair _____  Other _____  @ doo

              Deponent asked the person spoken to whether the defendant was presently in the military service of the United States
              Government or on active duty in the military service in the State of New York and was informed he/she was not. Your
              deponent further says that he/she knew the person so served to be the person mentioned and described in said papers
              defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

Notary-->     Sworn to before me this <u>30th day of July</u>,     *Carlos Canas*
                                    <u>2007</u>          Process Server  LA 4571

              *Colleen Karotkin*
                        SUPREME JUDICIAL SERVICES, INC.
        371 Merrick Road #202 - Rockville Centre, N.Y. 11570 - (516) 825-7600
        225 Broadway - New York, N.Y. 10007 - (212) 319-7171
                        FAX (516) 568-0812



COLLEEN KAROTKIN
COMM. #1567792
NOTARY PUBLIC • CALIFORNIA
ORANGE COUNTY
Comm. Exp. APRIL 9, 2009