HELLERSTEIN, S.

AUG-29-2007(WED) 13:06                                    P. 002/003



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT CHARNEY, DIVA GOODFRIEND-
KOVEN, ROBERT REACH, TONI ALLEN,
SCOTT EDVABSKY, ANTHONY AND
BARBARA COSARO, GARY ZUCCARO, BRUCE
LICHTENSTEIN, ROBERT ANARUMO, KAREN
FUSCO, BONNIE AND WAYNE
VARTABEDIAN, GEORGE YU, CONNIE
SIMONS, LAURA FLAX, JAY COON, NEIL
BLITZ, MARNI BLITZ, JOSEPH LEVINE, NINA
CHAIFETZ, ED HARAN, ANNE HARAN,
KATHY PASHUCK, BRUCE FULLER, TRACEY
PECK, JEFF PECK, ELIZABETH TYMCZYSZYN,
and GATA REALTY, LLC

                          Plaintiff,

- against -

CARLA ZIMBALIST, PAM CHANLA, JENNIFER
S. WILCOV, EVOLUTIONARY STRATEGIC
PLANNING, INC., and AMERIPRISE
FINANCIAL, INC.,

                          Defendants.

07 Civ. 6272 (AKH)

**STIPULATION OF TIME FOR
DEFENDANT AMERIPRISE
FINANCIAL, INC. TO ANSWER
OR OTHERWISE RESPOND**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys for plaintiffs Scott Charney, Diva Goodfriend-Koven, Robert Reach, Ellen Reach, Toni Allen, Scott Edvabsky, Anthony and Barbara Cosaro, Gary Zuccaro, Bruce Lichtenstein, Robert Anarumo, Karen Fusco, Bonnie and Wayne Vartabedian, George Yu, Connie Simons, Laura Flax, Jay Coon, Neil Blitz, Marni Blitz, Joseph Levine, Nina Chaifetz, Ed Haran, Anne Harran, Kathy Pashuck, Bruce Fuller, Tracey Peck, Jeff Peck, Elizabeth Tymczyszyn, and Gata Realty and defendant Ameriprise Financial, Inc., that the time for defendant to answer, or otherwise respond to the Complaint in this action is hereby extended to and includes the 24th day of September 2007.

This stipulation is made without prejudice to the defenses of any party hereto, except that defendant Ameriprise Financial, Inc. waives any defense based upon sufficiency of service of process.

DATED:   New York, New York
         August 27, 2007

AUG-29-2007(WED) 13:07                                                      P.003/003

| | |
|---|---|
| BRODY, O'CONNOR, & O'CONNOR, ESQS.<br>Attorneys for Plaintiffs<br><br>By: _____<br>Scott A. Brody (SB4148)<br>111 John Street, Suite 900<br>New York, N.Y. 10038<br>(212) 233-2505 | NIXON PEABODY LLP<br>Attorneys for Defendant Ameriprise<br>Financial, Inc.<br><br>By: _____<br>Alison B. Cohen (AC7702)<br>437 Madison Avenue<br>New York, N.Y. 100022<br>(212) 940-3000 |

SO ORDERED:

_____  8/30/07
UNITED STATES DISTRICT JUDGE
**LAURA TAYLOR SWAIN U.S.D.J.** Part I

10786653.1                                  2