UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
SCOTT CHARNEY, ET AL.,

                Plaintiffs,

-against-

CARLA ZIMBALIST, ET AL.,

                Defendants.
----------------------------------------X

Case No. 07 CV 6272 (AKH)

**STIPULATION**

ECF Case

    IT IS HEREBY STIPULATED AND AGREED, between the undersigned counsel for the parties, that the time of defendants Jennifer S. Wilkov ("Wilkov") and Evolutionary Strategic Planning ("ESP") to answer, move or otherwise respond to the Complaint is hereby extended until September 14, 2007. IT IS FURTHER AGREED THAT WILKOV AND ESP WAIVE DEFENSES BASED UPON SERVICE OF PROCESS.

Dated: New York, New York
       August 24, 2007

BRODY, O'CONNOR, O'CONNOR, ESQS.

By /s/ Scott A. Brody
Scott A. Brody (SB4148)
111 John Street, Suite 900
New York, New York 10038
Phone: (718) 293-0680
Fax:   (718) 293-0672
*Attorneys for Plaintiffs*

SMITH CAMPBELL, LLP

By /s/ Thomas M. Campbell
Thomas M. Campbell (TC1690)
110 Wall Street
New York, New York 10005
Phone: (212) 344-1500
Fax:   (212) 344-5585
*Attorneys for Defendants
Jennifer S. Wilkov and
Evolutionary Strategic Planning,
Inc.*