```
AUG-24-2007(FRI) 13:08                                                    P.002/003
AUG-24-2007(FRI) 11:31    sci                    (FAX)2.. 344 5585        P.002/002
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
SCOTT CHARNEY, ET AL.,

         Plaintiffs,  Case No. 07 CV 6272 (AKH)

   -against-        **STIPULATION**

CARLA ZIMBALIST, ET AL.,    ECF Case

         Defendants.
------------------------------------------------X

   IT IS HEREBY STIPULATED AND AGREED, between the undersigned counsel for the parties, that the time of defendants Jennifer S. Wilkov ("Wilkov") and Evolutionary Strategic Planning ("ESP") to answer, move or otherwise respond to the Complaint is hereby extended until September 14, 2007. IT IS FURTHER AGREED THAT WILKOV AND ESP WAIVE DEFENSES BASED UPON SERVICE OF PROCESS.

Dated: New York, New York
   August 24, 2007

BRODY, O'CONNOR, O'CONNOR, ESQS.    SMITH CAMPBELL, LLP

By /s/ Scott A. Brody         By /s/ Thomas M. Campbell
Scott A. Brody (SB4148)       Thomas M. Campbell (TC1690)
111 John Street, Suite 900      110 Wall Street
New York, New York 10038     New York, New York 10005
Phone: (718) 293-0680       Phone: (212) 344-1500
Fax: (718) 293-0672       Fax: (212) 344-5585
*Attorneys for Plaintiffs*       *Attorneys for Defendants
                Jennifer S. Wilkov and
                Evolutionary Strategic Planning,
                Inc.*

                SO ORDERED:

                /s/
                U.S.D.J.
                9-18-07