# BRODY, O'CONNOR & O'CONNOR, ESQS.
## ATTORNEYS AT LAW
### 111 JOHN STREET – SUITE 900
### NEW YORK, NEW YORK 10038

SCOTT A. BRODY,
THOMAS M. O'CONNOR.
PATRICIA A. O'CONNOR

(212) 233-2505
FAX (212) 233-2506

NASSAU OFFICE:
——
333 Jericho Turnpike
Suite 236
Jericho, New York 11753

TANYA M. DeMAIO
AISHA K. BROSNAN
JONATHAN F. BANKS
NICOLE U. MARMANILLO
JOSHUA M. WEKSTEIN
DEVEN A. SMITH

OF COUNSEL

DENIS BRODY
JOSEPH P. MINASI
CRAIG J. TORTORA

● Also Admitted to Florida Bar
▼Also Admitted to Connecticut Bar
↕Also Admitted to New Jersey

SUFFOLK OFFICE:
——
7 Bayview Avenue
Northport, New York 11768
631-261-7776
631-261-6411- Fax

*[handwritten stamp: USDC / DOC / ELEC / DOC / DATE FILED: 9/19/07]*

*[handwritten note:] The conf. is adjourned to Nov. 30, 2007, 9:30 a.m. 9.18.07 Alfc Hall*

September 18, 2007

***Via Facsimile Transmission – (212) 805-7942***
Hon. Alvin K. Hellerstein
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:    Charney, et al. v. Zimbalist, et al.**
**Case No.: 07 CIV 6272**

Dear Judge Hellerstein:

Our firm represents the plaintiffs in the above-referenced action. I am writing to request an adjournment of the Case Management and Scheduling Conference currently scheduled for **October 19, 2007, at 9:30 am**. No previous requests for an adjournment have been made in this matter.

This action is one in which the plaintiffs – thirty (30) in all – seek to recover for, among other things, securities fraud, breach of fiduciary duty, and common law fraud. To date, defendants Carla Zimbalist and Pam Chanla have failed to appear or otherwise respond to the plaintiffs' complaint. Nixon Peabody, LLP, has appeared on behalf of defendant Ameriprise Financial, and Smith Campbell, LLP, has appeared on behalf of defendants Jennifer S. Wilkov and Evolutionary Strategic Planning. Presently, there is a motion by defendants Jennifer S. Wilkov and Evolutionary Strategic Planning seeking a stay of this action pending the outcome of the criminal action against Ms. Wilkov in New York State court.

The plaintiffs and defendant Ameriprise Financial have, and are now, engaging in preliminary discussions addressing settlement and preliminary discovery. Ameriprise Financial is also prepared to file a motion to Dismiss which would stay discovery. In light of the number of parties, the volume of documents, and the possible complexity of this litigation, drafting a Case Management Plan involves a significant investment of time and financial resources. If

SEP-18-2007(TUE) 15:14

**BRODY, O'CONNOR & O'CONNOR, ESQS.**
**ATTORNEYS AT LAW**

*Hon. Alvin K. Hellerstein*
*September 18, 2007*
*Page 2 of 2*

these discussions can resolve or limit the issues to be addressed in the Case Management Plan, this would greatly reduce the burden of litigation on all parties, as well as the court. Accordingly, the plaintiffs request that the Case Scheduling Conference in this matter be adjourned.

The attorneys for Ameriprise Financial and Jennifer S. Wilkov and Evolutionary Strategic Planning have consented to this application. A copy of this letter had been sent to counsel for comment before sending it to your Honor.

Very Truly Yours,

BRODY, O'CONNOR & O'CONNOR, ESQS.

Scott A. Brody, Esq. (SB4148)

cc:    Nixon Peabody, LLP
        Attn: Martin Russo, Esq.
        *Via Facsimile - 212-940-3111*

        Smith Campbell, LLP
        Attn: Thomas Campbell, Esq.
        *Via Facsimile - 212-344-5585*