## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK)
                   )ss.:
COUNTY OF NEW YORK)

    DAWN M. ANDOLFI, being duly sworn, deposes and says:

    That I am not a party to this action and am over 18 years of age and reside at N. Babylon, New York.

    That on the 28th day of September, 2007, deponent served the within **MEMORANDUM OF LAW** upon the following parties at their following respective addresses designated by said persons by depositing a true copy of the same enclosed in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York:

UPON:    Carla Zimbalist
            8908 Alto Cedro Drive
            Beverly Hills, CA 90210

            Pam Chanla
            27 North Hampton court
            Alhambra, California 91801

                                            _____
                                                DAWN M. ANDOLFI

Sworn to before me this
28th day of September, 2007

_____
Notary Public

      **DEVEN A. SMITH**
   Notary Public, State of New York
        No. 02SM6170326
    Qualified in New York County
  Commission Expires July 9, 20 11