SMITH CAMPBELL, LLP
Thomas M. Campbell (TC1690)
110 Wall Street
New York, NY 10005
Telephone:   212-344-1500
Telecopy:    212-344-5585
Attorneys for Defendants Jennifer Wilkov
and Evolutionary Strategic Planning

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
SCOTT CHARNEY, ET AL.,                        :
                                                                              Case No. 07 CV 6272
                              Plaintiffs,        :          (AKH)

            -against-                              :          ECF Case

                                                                 :
CARLA ZIMBALIST, ET AL.,
                                                                 :
                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## REPLY DECLARATION OF THOMAS M. CAMPBELL IN SUPPORT OF THE MOTION OF DEFENDANTS JENNIFER WILKOV AND EVOLUTIONARY STRATEGIC PLANNING, INC. TO STAY PENDING RESOLUTION OF ONGOING CRIMINAL PROCEEDINGS

THOMAS M. CAMPBELL, of full age, declares as follows in accordance with

28 U.S.C. § 1746:

1.      I am a member of Smith Campbell, LLP, attorneys for defendants

Jennifer Wilkov ("Ms. Wilkov") and Evolutionary Strategic Planning, Inc. ("ESP").  I submit

this declaration in support of the motion of Ms. Wilkov and ESP to stay these civil

proceedings against them pending resolution of an ongoing criminal case filed in New York

County by the Manhattan District Attorney and captioned *People v. Carla Zimbalist, et al.*,

Indictment Number 2765/2007.

2.      Attached as Exhibit G is a copy of a stipulation entered into between counsel for Plaintiffs and counsel for Ms. Wilkov and ESP pursuant to which, in exchange for an extension of time to respond to the complaint, Ms. Wilkov and ESP consent to waive objections based upon service of process.  This is the only extension of time granted by Plaintiffs to Ms. Wilkov and ESP.

3.      The Order to Show Cause and Temporary Restraining Order ("TRO") entered by Honorable Martin Schulman in the Supreme Court of the State of New York, Queens County, on July 3, 2007 remains in effect.

I hereby declare subject to the penalty for perjury under the laws of the United States of America that the foregoing is true and correct, except where stated to be on information and belief and as to such matters I believe they are true and correct.

Executed this 4th day of October, 2007

_____        /s/  Thomas  M.  Campbell
                                Thomas M. Campbell (TC1690)
                                Smith Campbell, LLP
                                110 Wall Street
                                New York, New York  10005
                                Phone: (212) 344-1500
                                Fax: (212) 344-5585
                                Attorneys for Defendants
                                Jennifer S. Wilkov and Evolutionary
                                Strategic Planning, Inc.

2

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
SCOTT CHARNEY, ET AL.,                          :
                                                :    Case No. 07 CV 6272
                                                :    (AKH)
                                 Plaintiffs,     :
                                                :    **STIPULATION**
                  -against-                      :
                                                :
                                                :    ECF Case
CARLA ZIMBALIST, ET AL.,                         :
                                                :
                                                :
                                 Defendants.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

          IT IS HEREBY STIPULATED AND AGREED, between the undersigned

counsel for the parties, that the time of defendants Jennifer S. Wilkov ("Wilkov") and

Evolutionary Strategic Planning ("ESP") to answer, move or otherwise respond to the

Complaint is hereby extended until September 14, 2007. IT IS FURTHER AGREED
THAT WILKOV AND ESP WAIVE DEFENSES BASED UPON SERVICE OF PROCESS.
Dated: New York, New York
          August 24, 2007


BRODY, O'CONNOR, O'CONNOR, ESQS.          SMITH CAMPBELL, LLP


By                                         By
   Scott A. Brody (SB4148)                    Thomas M. Campbell (TC1690)
111 John Street, Suite 900                 110 Wall Street
New York, New York 10038                   New York, New York 10005
Phone: (718) 293-0680                      Phone: (212) 344-1500
Fax:    (718) 293-0672                      Fax:    (212) 344-5585
*Attorneys for Plaintiffs*                 *Attorneys for Defendants*
                                           *Jennifer S. Wilkov and*
                                           *Evolutionary Strategic Planning,*
                                           *Inc.*