HECCERSTEN, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT CHARNEY, DIVA GOODFRIEND-
KOVEN, ROBERT REACH, TONI ALLEN,
SCOTT EDVABSKY, ANTHONY AND
BARBARA COSARO, GARY ZUCCARO, BRUCE
LICHTENSTEIN, ROBERT ANARUMO, KAREN
FUSCO, BONNIE AND WAYNE
VARTABEDIAN, GEORGE YU, CONNIE
SIMONS, LAURA FLAX, JAY COON, NEIL
BLITZ, MARNI BLITZ, JOSEPH LEVINE, NINA
CHAIFETZ, ED HARAN, ANNE HARAN,
KATHY PASHUCK, BRUCE FULLER, TRACEY
PECK, JEFF PECK, ELIZABETH TYMCZYSZYN,
and GATA REALTY, LLC

                                        Plaintiff,

          - against -

CARLA ZIMBALIST, PAM CHANLA, JENNIFER
S. WILCOV, EVOLUTIONARY STRATEGIC
PLANNING, INC., and AMERIPRISE
FINANCIAL, INC.,

                                        Defendants.

07 Civ. 6272 (AKH)

**STIPULATION OF TIME FOR
DEFENDANT AMERIPRISE
FINANCIAL, INC. TO ANSWER
OR OTHERWISE RESPOND**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys
for plaintiffs Scott Charney, Diva Goodfriend-Koven, Robert Reach, Ellen Reach, Toni Allen,
Scott Edvabsky, Anthony and Barbara Corsaro, Gary Zuccaro, Bruce Lichtenstein, Robert
Anarumo, Karen Fusco, Bonnie and Wayne Vartabedian, George Yu, Connie Simons, Laura
Flax, Jay Coon, Neil Blitz, Marni Blitz, Joseph Levine, Nina Chaifetz, Ed Haran, Anne Harran,
Kathy Pashuck, Bruce Fuller, Tracey Peck, Jeff Peck, Elizabeth Tymczyszyn, and Gata Realty
and defendant Ameriprise Financial, Inc., that the time for defendant to answer, or otherwise
respond to the Complaint in this action is hereby extended to and includes the 5th day of
December 2007.

This stipulation is made without prejudice to the defenses of any party hereto, except that
defendant Ameriprise Financial, Inc. waives any defense based upon sufficiency of service of
process.

DATED:    New York, New York
          November 21, 2007

BRODY, O'CONNOR, & O'CONNOR, ESQS.
Attorneys for Plaintiffs

By: _____
Scott A. Brody (SB4148)
111 John Street, Suite 900
New York, N.Y. 10038
(212) 233-2505

NIXON PEABODY LLP
Attorneys for Defendant Ameriprise
Financial, Inc.

By: _____
Alison B. Cohen (AC7702)
437 Madison Avenue
New York, N.Y. 100022
(212) 940-3000

SO ORDERED:

_____
HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE

11/27/07

10813323.1