UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT CHARNEY, DIVA COODFRIEND-KOVEN, ROBERT REACH, TONI ALLEN, SCOTT EDVABSKY, ANTHONY AND BARBARA COSARO, GARY ZACCARO, BRUCE LICHTENSTEIN, ROBERT ANARUMO, KAREN FUSCO, BONNIE AND WAYNE VARTABEDIAN, GEORGE YU, CONNIE SIMONS, LAURA FLAX, JAY COON, NEIL BLITZ, MARNI BLITZ, JOSEPH LEVINE, NINA CHAIFETZ, ED HARAN, ANNE HARAN, KATHY PASHUCK, BRUCE FULLER, TRACEY PECK, JEFF PECK, ELIZABETH TYMCZYSZYN, and GATA REALTY, LLC, | 07 Civ. 6272 (AKH) **RULE 7.1 DISCLOSURE STATEMENT** |
| Plaintiff, | |
| - against - | |
| CARLA ZIMBALIST, PAM CHANLA, JENNIFER S. WILKOV, EVOLUTIONARY STRATEGIC PLANNING, INC., and AMERIPRISE FINANCIAL, INC., | |
| Defendants. | |

**DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Ameriprise Financial, Inc., by its undersigned counsel Nixon Peabody LLP, affirms that it has no parent corporation and there is no publicly-held corporation that owns 10% or more of its stock.

Dated: December 20, 2007
    New York, New York

10849164.1

Respectfully submitted,

**NIXON PEABODY LLP**

By:  _____/S/ Alison B. Cohen
Martin P. Russo (MR-4134)
Alison B. Cohen (AC-7702)
437 Madison Avenue
New York, NY 10022
(212) 940-3000

*Attorneys for Defendant Ameriprise Financial Inc.*

10849164.1