UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT CHARNEY, DIVA COODFRIEND-KOVEN, ROBERT REACH, TONI ALLEN, SCOTT EDVABSKY, ANTHONY AND BARBARA COSARO, GARY ZACCARO, BRUCE LICHTENSTEIN, ROBERT ANARUMO, KAREN FUSCO, BONNIE AND WAYNE VARTABEDIAN, GEORGE YU, CONNIE SIMONS, LAURA FLAX, JAY COON, NEIL BLITZ, MARNI BLITZ, JOSEPH LEVINE, NINA CHAIFETZ, ED HARAN, ANNE HARAN, KATHY PASHUCK, BRUCE FULLER, TRACEY PECK, JEFF PECK, ELIZABETH TYMCZYSZYN, and GATA REALTY, LLC,<br><br>                            Plaintiff,<br><br>- against -<br><br>CARLA ZIMBALIST, PAM CHANLA, JENNIFER S. WILKOV, EVOLUTIONARY STRATEGIC PLANNING, INC., and AMERIPRISE FINANCIAL, INC.,<br><br>                            Defendants. | 07 Civ. 6272 (AKH)<br><br>**NOTICE OF MOTION** |

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the Motion to Dismiss and Declaration of Alison B. Cohen, Esq. with exhibits, Defendant Ameriprise Financial, Inc. ("Ameriprise"), through its undersigned counsel, shall move this Court, for an Order, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Complaint as to Ameriprise or, in the alternative, staying the above-captioned action as to seventeen of the plaintiffs who have binding agreements with Ameriprise to arbitrate the matters raised in the Complaint.

Dated: New York, New York
      December 20, 2007

                            NIXON PEABODY LLP

                    By:_____/S/_Alison B. Cohen
                            Martin P. Russo (MR-4134)
                            Alison B. Cohen (AC-7702)
                            437 Madison Avenue
                            New York, New York 10022
                            Tel:  (212) 940-3000
                            Fax:  (212) 940-3111

                            *Attorneys for defendant Ameriprise Financial, Inc.*