UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
(Manhattan)

-------------------------------------------------------------------X

SCOTT CHARNEY, DIVA GOODFRIEND-KOVEN, ROBERT REACH, ELLEN REACH, TONI ALLEN, SCOTT EDVABSKY, ANTHONY AND BARBARA CORSARO, GARY ZUCCARO, BRUCE LICHTENSTEIN, ROBERT ANARUMO, KAREN FUSCO, BONNIE AND WAYNE VARTABEDIAN, GEORGE YU, CONNIE SIMONS, LAURA FLAX, JAY COON, NEIL BLITZ, MARNI BLITZ, JOSEPH LEVINE, NINA CHAIFETZ, ED HARAN, ANNE HARAN, KATHY PASHUCK, BRUCE FULLER, TRACEY PECK, JEFF PECK, ELIZABETH TYMCZYSZYN, and GATA REALTY, LLC,

Case No.: 07 CIV 6272 (AKH)

Plaintiffs,

V.

CARLA ZIMBALIST, PAM CHANLA, JENNIFER S. WILKOV, EVOLUTIONARY STRATEGIC PLANNING, INC., and AMERIPRISE FINANCIAL, INC.,

Defendants.

-------------------------------------------------------------------X

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO AMERIPRISE FINANCIAL, INC.

PLEASE TAKE NOTICE THAT Plaintiffs, SCOTT CHARNEY, DIVA GOODFRIEND-KOVEN, ROBERT REACH, ELLEN REACH, TONI ALLEN, SCOTT EDVABSKY, ANTHONY AND BARBARA CORSARO, GARY ZACCARO, BRUCE LICHTENSTEIN, ROBERT ANARUMO, KAREN FUSCO, BONNIE AND WAYNE VARTABEDIAN, GEORGE YU, CONNIE SIMONS, LAURA FLAX, JAY COON, NEIL BLITZ, MARNI BLITZ, JOSEPH LEVINE, NINA CHAIFETZ, ED HARAN, ANNE HARAN, KATHY PASHUCK, BRUCE FULLER, TRACEY PECK, JEFF PECK, ELIZABETH TYMCZYSZYN, and GATA REALTY, LLC, by and through their respective counsel, pursuant

1

2

to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismiss with prejudice all causes of action in the Complaint in this action as to AMERIPRISE FINANCIAL, INC.

Dated: New York, New York
      May 20, 2008

                              Respectfully Submitted,

                              BRODY, O'CONNOR & O'CONNOR, ESQS.

            By:   /S/_____
                              SCOTT A. BRODY (SB4148)
                              111 John Street, Suite 900
                              New York, New York 10038
                              Telephone: (212) 233-2505
                              Telecopy: (212) 233-2506
                              Attorneys for the Plaintiffs